Same case below, 579 F.3d 1345.

No. 10-130. Zhan Gao, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 1134, 131 S. Ct. 898, 178 L. Ed. 2d 747, 2011 U.S. LEXIS 82.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 595 F.3d 549.

No. 10-151. Larry Depee, et al., Petitioners v. Sylvia Mahach-Watkins, Individually and as the Successor in Interest to the Estate of John Joseph Wayne Watkins.

562 U.S. 1134, 131 S. Ct. 898, 178 L. Ed. 2d 747, 2011 U.S. LEXIS 294.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 593 F.3d 1054.

No. 10-241. Nathan A. Chapman, Jr., Petitioner v. United States.

562 U.S. 1134, 131 S. Ct. 900, 178 L. Ed. 2d 747, 2011 U.S. LEXIS 344.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 593 F.3d 365.

No. 10-251. Experian Information Solutions, Inc., Petitioner v. Maria E. Pintos.

562 U.S. 1134, 131 S. Ct. 900, 178 L. Ed. 2d 747, 2011 U.S. LEXIS 450.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 605 F.3d 665.

No. 10-262. William Wilcox, et ux., Petitioners v. Jeremiah Fenn, et al.

562 U.S. 1134, 131 S. Ct. 901, 178 L. Ed. 2d 747, 2011 U.S. LEXIS 229.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 380 Fed. Appx. 837.

No. 10-264. Missouri, Petitioner v. Conrad Kruse, Jr.

562 U.S. 1134, 131 S. Ct. 901, 178 L. Ed. 2d 747, 2011 U.S. LEXIS 517.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 306 S.W.3d 603.